IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LINDSAY CHEVROLET, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 1:26-cv-1037 (LMB/WEF) |
| v. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendants' Motion for Summary Judgment [Dkt. No. 19] be and is GRANTED.

The Clerk is directed to enter judgment in favor of defendants pursuant to Fed. R. Civ. P. 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 11th day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge